Cynthia L. Alexander, Esq.
Nevada Bar No. 6718
Jennifer Hargis, Esq.
Nevada Bar No. 11392
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169
Telephone (702) 784-5200
Facsimile (702) 784-5252
Email: calexander@swlaw.com
       jhargis@swlaw.com
       cstratford@swlaw.com

*Attorneys for Defendants Wells Fargo Home Mortgage,
a division of Wells Fargo Bank, N.A., and Bank of America, N.A.*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| RODERIC A. CARUCCI and SUZANNE CARUCCI,<br><br>Plaintiff,<br><br>vs.<br><br>WELLS FARGO HOME MORTGAGE, a division of WELLS FARGO BANK, N.A., a foreign entity; BANK OF AMERICA, a foreign entity; DOES 1-10, inclusive, and all other persons unknown claiming any right title, estate, lien or interest in the real property described herein.,<br><br>Defendant. | No. 3:09-CV-00712-RCJ-VPC<br><br>**ORDER ON**<br><br>**STIPULATION AND ORDER FOR STAY OF LITIGATION PENDING SETTLEMENT** |

Plaintiff Roderic A. Carucci ("Plaintiff") and Defendants Wells Fargo Bank, N.A. ("Wells Fargo") and Bank of America, N.A. ("BOA") (collectively, the "Parties"), by and through their respective counsel, hereby stipulate and agree as follows:

1. On Monday, March 19, 2012, the Parties are to present oral arguments on the pending Motion to Reconsider or in the Alternative to Set Aside Order.

2. The Parties have reached a settlement in principle with respect to the claims asserted in this action.

14699829.1

3.  The Parties are in the process of drafting the necessary documents to finalize the settlement, and agree that all pending deadlines in this action be stayed for 60 days to allow time for the Parties to finalize settlement.

4.  This stay shall operate to stay all pending deadlines in this matter, including any pending motions, and the hearing on the Motion to Reconsider or in the Alternative to Set Aside Order currently set for Monday, March 19, 2012.

DATED: March ___, 2012

By: _____
Michael C. Lehners, Esq.
429 Marsh Avenue
Reno, Nevada 89509

Christopher P. Burke, Esq.
218 S. Maryland Parkway
Las Vegas, Nevada 89101

*Attorneys for Plaintiff*

DATED: March 16, 2012

SNELL & WILMER L.L.P.

By: _____
Cynthia L. Alexander, Esq.
Jennifer Hargis, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Bank of America, N.A.*

## ORDER

IT IS HEREBY ORDERED that this case shall be stayed for **30** days from the date this Order is signed to allow time for the Parties to finalize settlement.

IT IS FURTHER ORDERED THAT that the stay shall operate to stay all pending deadlines in this matter, including any pending motions, and the hearing on the Motion to Reconsider or in the Alternative to Set Aside Order currently set for Monday, March 19, 2012.

IT IS FURTHER ORDERED that the oral argument set for Monday, 3/19/2012 is hereby VACATED.

IT IS FURTHER ORDERED that a Status Conference is set for Monday, 4/23/2012 at 9:00 a.m. in Reno Courtroom 6. To the extent settlement papers have been filed prior to the status conference, the status conference will be vacated.

Dated this 16th day of March, 2012.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

Submitted by:

SNELL & WILMER L.L.P.

By: ______________________________
Cynthia L. Alexander, Esq.
Jennifer Hargis, Esq.
3883 Howard Hughes Parkway
Suite 1100
Las Vegas, NV 89169

*Attorneys for Defendants Wells Fargo Home Mortgage, a division of Wells Fargo Bank, N.A., and Bank of America, N.A.*

Snell & Wilmer
L.L.P.
LAW OFFICES
3883 HOWARD HUGHES PARKWAY, SUITE 1100
LAS VEGAS, NEVADA 89169
(702)784-5200